IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD SATISH EMRIT, | CIVIL NO. 18-00438 HG-KSC |
| Plaintiff, | |
| vs. | |
| REGIONAL TRANSIT CENTER (RTC), | |
| Defendant. | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT WITHOUT PREJUDICE (ECF No. 6)**

Findings and Recommendation having been filed and served on all parties on November 21, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Application to Proceed Without Prepaying Fees and Dismiss the Complaint Without Prejudice" (ECF No. 6) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 31, 2018, Honolulu, Hawaii.

Helen Gillmor
United States District Judge